

**CT Corporation**
Service of Process Notification
12/22/2022
CT Log Number 542904409

## Service of Process Transmittal Summary

**TO:** CATHY SCHUDA
Target Corporation
1000 NICOLLET MALL, MS: TPS-3155
MINNEAPOLIS, MN 55403-2542

**RE:** Process Served in Illinois

**FOR:** Target Corporation  (Domestic State: MN)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JANIE KAMPF // To: Target Corporation |
| **CASE #:** | 2022L065062 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/22/2022 at 13:30 |
| **JURISDICTION SERVED:** | Illinois |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/22/2022, Expected Purge Date: 12/27/2022 |
| | Image SOP |
| | Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
877-564-7529
MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1

**EXHIBIT C**



## PROCESS SERVER DELIVERY DETAILS

Date:                                   Thu, Dec 22, 2022
Server Name:                 Sheriff Drop

| Entity Served | TARGET CORPORATION |
|---|---|
| Case Number | 2022L065062 |
| Jurisdiction | IL |

| Inserts |
|---|
|  |



EXHIBIT C

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons  (06/28/18) CCG 0001

FILED
12/12/2022 11:31 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L065062
Calendar, O - 0205,
20634956

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Janie Kampf

(Name all parties)

v.

Target Corporation d/b/a Target Stores and Target

Case No. 2022L065062

☑ SUMMONS  ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Witness: _____

12/12/2022 11:31 AM IRIS Y. MARTINEZ

Atty. No.: 59848

Atty Name: Mancini Law Group, P.C.

Atty. for: Plaintiff

Address: 7170 W. Grand Ave.

City: Chicago  State: IL

Zip: 60707

Telephone: 773-745-1909

Primary Email: service@mancinilaw.com

Secondary Email: jacqueline@mancinilaw.com

Tertiary Email: mcarin@mancinilaw.com

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org

Page 1 of 2

EXHIBIT C



## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**EXHIBIT C**

Il Law Division initial Case Management Dates will be heard via ZOOM. For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12

Court date: 2/10/2023 9:30 AM

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons     (06/28/18) CCG 0001

FILED
12/12/2022 11:31 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L065062
Calendar, O - 0205
20634956

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Jamie Kampf
_____
(Name all parties)

v.

Target Corporation d/b/a Target Stores and Target

Case No. 2022L065062

### ☑ SUMMONS    ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Witness: _____

12/12/2022 11:31 AM IRIS Y. MARTINEZ

_____
DOROTHY BROWN, Clerk of Court

Atty. No.: 59848
Atty Name: Mancini Law Group, P.C.
Atty. for: Plaintiff
Address: 7170 W. Grand Ave.
City: Chicago     State: IL
Zip: 60707
Telephone: 773-745-1909
Primary Email: service@mancinilaw.com
Secondary Email: jacqueline@mancinilaw.com
Tertiary Email: mcarin@mancinilaw.com

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org

Page 1 of 2

**EXHIBIT C**



## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org**

**EXHIBIT C**

FILED
12/12/2022 11:31 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L065062
Calendar, O - 0205
20634956

STATE OF ILLINOIS )
) SS.    Attorney No. 42096
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION, FIFTH DISTRICT

JANIE KAMPF,

    Plaintiff,

vs.

TARGET CORPORATION D/B/A
TARGET STORES AND TARGET,

    Defendant.

No. 2022L065062

Amount Claimed: In Excess of $100,000

## COMPLAINT

### COUNT I: Negligence

NOW COMES the Plaintiff, Janie Kampf, by and through her attorneys, MANCINI LAW GROUP, P.C., and complaining of the Defendant, Target Corporation d/b/a Target Stores and Target, states as follows:

1. On March 20, 2021 the Defendant was a foreign corporation doing business at 2555 Sycamore Road in the City of DeKalb, DeKalb County, and State of Illinois.

2. On March 20, 2021, Plaintiff was a customer and business invitee of Defendant.

3. At all times relevant hereto it was the duty of the Defendant to exercise ordinary care in the ownership, maintenance and control of the aforementioned premises.

EXHIBIT C

4. Notwithstanding and in breach of the aforementioned duty of care the Defendant was then and there guilty of one or more or all of the following careless and negligent acts and/or omissions:

(a) Allowed depressions, holes or other defects to exist in their parking lot even though they knew or should have known that the same would constitute a hazard to persons attempting to traverse said area;

(b) Failed to adequately inspect their premises to learn of the aforementioned dangerous condition;

(c) Failed to repair or rectify the aforementioned dangerous condition even though they knew or should have known of its existence;

(d) Failed to warn the Plaintiff herein of the aforementioned dangerous condition.

7. Plaintiff stepped on the aforementioned defect in the parking lot while attempting to enter Defendant's store causing her to fall.

8. As a direct and proximate result of the foregoing the Plaintiff sustained severe and permanent personal injuries and suffered pecuniary damages.

WHEREFORE, Plaintiff, Janie Kampf, prays that judgment be entered in her favor and against the Defendant, Target Corporation d/b/a Target Stores and Target, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00) together with the costs of bringing suit.

2

EXHIBIT C

## COUNT II: Premises Liability Act Violation

NOW COMES the Plaintiff, Janie Kampf, by and through her attorneys, MANCINI LAW GROUP, P.C., and complaining of the Defendant, Target Corporation d/b/a Target Stores and Target, states as follows:

1. On March 20, 2021 the Defendant was a foreign corporation doing business at 2555 Sycamore Road in the City of DeKalb, DeKalb County, and State of Illinois.

2. On March 20, 2021, Plaintiff was a customer and business invitee of Defendant.

3. On March 20, 2021 the Plaintiff was caused to fall to the ground due to the defects in Defendant's parking lot.

4. On March 20, 2021, Defendant was in violation of the Premises Liability Act, 740 ILCS 130/1, et seq., in one or more of the following ways:

   (a) Allowed depressions, holes or other defects to exist in their parking lot even though they knew or should have known that the same would constitute a hazard to persons attempting to traverse said area;

   (b) Failed to adequately inspect their premises to learn of the aforementioned dangerous condition;

   (c) Failed to repair or rectify the aforementioned dangerous condition even though they knew or should have known of its existence;

   (d) Failed to warn the Plaintiff herein of the aforementioned dangerous condition.

5. As a direct and proximate result of the foregoing the Plaintiff sustained severe and permanent personal injuries and suffered pecuniary damages.

EXHIBIT C



WHEREFORE, Plaintiff, Janie Kampf, prays that judgment be entered in her favor and against the Defendant, Target Corporation d/b/a Target Stores" and Target, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00) together with the costs of bringing suit.

Respectfully submitted,

Michael Carin

Michael Carin
MANCINI LAW GROUP, P.C.
7170 West Grand Avenue
Chicago, Illinois 60707
(773) 745-1909
Attorney No.: 42096

4

EXHIBIT C

| | |
|---|---|
| STATE OF ILLINOIS )<br>            ) SS.<br>COUNTY OF COOK )  | Attorney No. 42096 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION, FIFTH DISTRICT

| | |
|---|---|
| JANIE KAMPF,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION D/B/A<br>TARGET STORES AND TARGET,<br><br>    Defendant. | No.<br><br>Amount Claimed: In Excess of $100,000 |

## AFFIDAVIT

I, Michael Carin having been first duly sworn do depose and state that the total of money damages sought in this case does exceed $50,000. Further Affiant sayeth naught.

_____
Michael Carin
Attorney for Plaintiff Janie Kampf

Subscribed and Sworn to me this
____ day of __December__, 2022.

_____
Notary Public

OFFICIAL SEAL
JACQUELINE AGUILAR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 1/10/2026

5

EXHIBIT C