**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JANIE KAMPF, | ) | |
| | ) | Case No.: 23 cv 00364 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Nancy L. Maldonado |
| | ) | Honorable Maria Valdez |
| TARGET CORPORATION, d/b/a | ) | |
| TARGET STORES and TARGET, | ) | |
| | ) | |
| Defendant. | ) | |

**UPDATED JOINT STATUS REPORT**

NOW COME Defendant, TARGET CORPORATION, by and through its attorneys, DOWNEY & LENKOV LLC, and Plaintiff, JANIE KAMPF, by and through her attorneys, Mancini Law Group, P.C., and pursuant to this Honorable Court's Order of 5/2/25, submit the following Updated Joint Status Report:

**1. SETTLEMENT STATUS**

The parties settled this matter at mediation conducted by Judge Casciato via ADR Systems on 5/2/25. They are working on settlement documents and intend to enter a stipulation to dismiss the matter with the court once it has been determined whether any motions to adjudicate liens will be necessary.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| TARGET CORPORATION | JANIE KAMPF |
| | |
| By: *s/Christopher M. Puckelwartz* | By: *s/ Michael Carin* |
| One of its attorneys | One of her attorneys |

| | |
|---|---|
| Rich Lenkov, #6231079 | Michael Carin |
| Christopher M. Puckelwartz, #6243690 | Mancini Law Group, P.C. |
| DOWNEY & LENKOV LLC | 7171 West Grand Avenue |
| 30 N. LaSalle Street, Suite 3600 | Chicago, IL 60707 |
| Chicago, IL 60602 | P: (773) 745-1909 |
| P: 312.377.1501 | E: michael.carin@mancinilawgroup.com |
| F: 312.377.1502 | |
| E: rlenkov@dl-firm.com | |
| E: cpuckelwartz@dl-firm.com | |

1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Updated Joint Status Report** was filed on the 16th day of May, 2025, with the Clerk of Court using the CM/ECF electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

By: *s/Christopher M. Puckelwartz*
One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
DOWNEY & LENKOV LLC
30 N. LaSalle Street, Suite 3600
Chicago, IL 60602
P: 312.377.1501
F: 312.377.1502
E: rlenkov@dl-firm.com
E: cpuckelwartz@dl-firm.com

## SERVICE LIST

**Plaintiff's Attorney**
Michael Carin
Mancini Law Group, P.C.
7171 West Grand Avenue
Chicago, IL 60707
E: michael.carin@mancinilawgroup.com