## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Janie Kampf
                    Plaintiff,

v.                                            Case No.: 1:23−cv−00364
                                              Honorable Thomas M. Durkin

Target Corporation
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2025:

      MINUTE entry before the Honorable Maria Valdez: The parties advise they reached a settlement through private mediation on 5/2/25. They shall file a status report on settlement by 6/27/25 unless dismissal documents are filed with the District Judge prior to that date. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.